```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0243--CV (RRB)
                      "POORMAN ENTERPRISES INC V USA ET AL"

             Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/12/05
            Closed: 10/17/05

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                   EMERGENCY RELIEF FROM ADMIN ACTION
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 10/12/05 receipt # 00126758
          Trial by:


Parties of Record:                              Counsel of Record:

PLF 1.1            POORMAN ENTERPRISES INC          Jon P. Tangen
                                                    Attorney at Law (P.C.)
                                                    1600 A Street, Suite 310
                                                    Anchorage, AK 99501-5148
                                                    907-222-3985
                                                    FAX 907-274-6738

DEF 1.1            UNITED STATES OF AMERICA         Bruce M. Landon
                                                    U.S. Department of Justice
                                                    801 B Street, Suite 504
                                                    Anchorage, AK 99501-3657
                                                    907-271-5452

DEF 2.1            U.S. DEPT OF AGRICULTURE         Bruce M. Landon
                                                    (see above)

DEF 3.1            JOHANNS, MIKE                    Bruce M. Landon
                                                    (see above)

DEF 4.1            U.S. FOREST SERVICE              Bruce M. Landon
                                                    (see above)

DEF 5.1            BOSWORTH, DALE                   Bruce M. Landon
                                                    (see above)

DEF 6.1            BSHOR, DENNIS                    Bruce M. Landon
                                                    (see above)

DEF 7.1            COLE, FORREST                    Bruce M. Landon
                                                    (see above)

DEF 8.1            U.S. DEPT OF INTERIOR            Bruce M. Landon
                                                    (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0243--CV (RRB)
             "POORMAN ENTERPRISES INC V USA ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 9.1 | NORTON, GALE | Bruce M. Landon (see above) |
| DEF 10.1 | BUREAU OF LAND MANAGEMENT | Bruce M. Landon (see above) |
| DEF 11.1 | CLARKE, KATHLEEN | Bruce M. Landon (see above) |
| DEF 12.1 | SWEITZER, HARVEY | Bruce M. Landon (see above) |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0243--CV (RRB)
                      "POORMAN ENTERPRISES INC V USA ET AL"

                              For all filing dates
```

    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
      Referral Rule:
              Filed: 10/12/05
             Closed: 10/17/05

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (890) Other Statutory Actions
                    EMERGENCY RELIEF FROM ADMIN ACTION
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 10/12/05 receipt # 00126758
           Trial by:


| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 10/12/05 | Issued: summons re: DEF 1( USA Atty/Atty Gen)& DEF 2-12. |
| 1 - 1 | 10/12/05 | Complaint and petition for judical review of agency action and injuntive relief w/att exhs filed. (exhs located in expando file) |
| 2 - 1 | 10/12/05 | PLF 1 motion for temporary restraining order w/att memo, aff & exhs. |
| 3 - 1 | 10/12/05 | PLF 1 Certificate of service. |
| 4 - 1 | 10/13/05 | RRB Minute Order defendant's shall have until 10/19/05 to fiel an opposition to the motion for TRO following which time the court will take the matter under advisement.  The parties are advised that no reply is required; the court will determine if a hrg is necessary and that the court will issue its final decision regarding the natter no later than 10/21/05.  cc: cnsl |
| 5 - 1 | 10/17/05 | PLF 1 Notice of dismissal in accordance of FRCP 41(a)(1). |
| 5 - 2 | 10/17/05 | Clerk's Notice terminating in light of this order: motion for temporary restraining order (2-1). |
| 6 - 1 | 11/14/05 | PLF 1 motion for costs and attorney fees. |
| 7 - 1 | 11/23/05 | DEF 1-12 opposition to PLF 1 motion for costs and attorney fees (6-1) w/att exhs. |